**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**ALLAIN C. ANDRY and ROBERT N. ANDRY**                    **PLAINTIFFS**

**V.**                              **CIVIL ACTION NO. 1:06CV756 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**
**and STEVE SAUCIER**                              **DEFENDANTS**

## ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiffs' Motion [6] To Remand is hereby **GRANTED**;

That this action is **REMANDED** to the Circuit Court of Harrison County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this action to the court from which it was removed; and

That the Motions [12] [17] for Extension of Time To File Response/Reply as to Motion To Remand are hereby **GRANTED**.

**SO ORDERED** this 21st day of May, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE